IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REMEDIOS M. RAQUIZA,  )
         Plaintiff,  )  2:09-cv-02624-GEB-DAD
         v.  )  ORDER
METROCITIES MORTGAGE, LLC, et al.,  )
         Defendants.  )

        Defendant JPMorgan Chase, N.A. filed a Notice of Withdrawal of Removal on September 29, 2009, in which it seeks to withdraw a previously filed Notice of Removal and to have this case remanded to the state court from which it was removed. Defendant JPMorgan Chase, N.A. has not provided authority justifying the order it seeks. However, review of the Notice of Removal reveals removal was only based on the existence of federal question subject matter jurisdiction; and review of Plaintiff's Complaint reveals it does not contain a federal question. Since the federal court does not have federal question jurisdiction, this case is remanded to the Superior Court of California in the County of Placer, from which it was removed.

Dated: January 20, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge